IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PARIS HAYNES,

    Plaintiff,

v.                                              CASE NO. 1:06-cv-00238-MP-AK

JAMES MCDONOUGH,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed as untimely brought. The time for filing objections has passed and none have been filed. The Court agrees that despite the tolling of the statute of limitations during the pendency of properly filed state collateral attacks the instant petition was filed 51 days after the one-year time limit. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  *12th*   day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge